994 So.2d 1231 (2008)
C.C., Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILIES and The Guardian Ad Litem Program, Appellees.
No. 3D08-1307.
District Court of Appeal of Florida, Third District.
November 19, 2008.
Steven Grossbard, for appellant.
Karla Perkins, Miami; Hillary S. Kambour, for appellees.
Before SUAREZ and ROTHENBERG, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See § 39.810(1), Fla. Stat.; B.F. v. Dep't of Children & Family Servs., 929 So.2d 620 (Fla. 3d DCA 2006); In re T.M., 641 So.2d 410, 412-13 (Fla.1994).